UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IUC GROUP, INC,

    Plaintiff,

v.

BIG DIGGER, DRY CARGO DECK
BARGE, et al.,

    Defendants.

_____/

Case No. 2:22-cv-12

Hon. Hala Y. Jarbou

## ORDER

Before the Court is Plaintiff's motion to issue an arrest warrant (ECF No. 4). The Court has reviewed the verified complaint and its attachments in accordance with Rule C(3)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and finds that the conditions for an in rem action appear to exist.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion (ECF No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to issue an arrest warrant for the vessel and property identified in Plaintiff's Complaint for issuance of warrant of arrest (*see* ECF No. 1) located in Escanaba, Michigan:

> Big Digger, Dry Cargo Deck Barge, Approximating Length 200.1 Feet, Breadth 50.1 Feet, United States Coast Guard Official Number 509572, Her Engines, Tackle, Apparel, Appurtenances, etc.

Dated: January 31, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE